KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| JERRY UPTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendant. | Case # 2:15-CV-00767-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have extension of time to file Plaintiff's Opening Brief.

　　　Counsel for the Plaintiff has a large caseload and needs additional time to draft this Opening Brief. Counsel is a solo practitioner and has 5 briefs scheduled due in 4 days. Plaintiff requests an extension of time for 30 days to November 8, 2015.

　　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1    MOTION
　　　　　[2:15-CV-00767-CKD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

Dated October 7, 2015:    /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

Attorney for Plaintiff

Dated October 7, 2015:    s/ KELSEY M. BROWN for Asim Modi
ASIM MODI
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on November 8, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated: October 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
[2:15-CV-00767-CKD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063