KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| JERRY UPTON,<br><br>       Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>       Defendant. | Case # 2:15-CV-00767-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff had to take an emergency flight to Mississippi to be with a dying family member and address her affairs before she passes. Counsel for the Plaintiff has no access to her files or laptop in her current location and is a solo practitioner that does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires

Page 1    MOTION
         [2:15-CV-00767-CKD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

additional time to draft the opening brief. Plaintiff requests an extension of time to December 8, 2015.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated November 9, 2015:        /s/ Kelsey M Brown
                                KELSEY MACKENZIE BROWN CA #263109
                                Mackenzie Legal, PLLC
                                2529 Cliffside Ln NW, H-102
                                Gig Harbor, WA 98335
                                Phone: (206) 300-9063

                                Attorney for Plaintiff

Dated November 9, 2015:        s/ KELSEY M. BROWN for Asim Modi
                                ASIM MODI
                                (per e-mail authorization)
                                Special Assistant U.S. Attorney
                                Office of the General Counsel

                                Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on December 8, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated: November 30, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [2:15-CV-00767-CKD]

Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063