BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NY SBN 4692018
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA  94105
   Telephone: 415-977-8952
   Facsimile: 415-744-0134
   Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JERRY UPTON, | ) Case No. 2:15-cv-0767-CKD |
| | ) |
|    Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND BRIEFING SCHEDULE** |
|      v. | ) |
| | ) |
| CAROLYN W. COLVIN | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her cross-motion for summary judgment with the Court by 45 days to **February 22, 2016**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

     There is good cause for this extension because counsel for Defendant will be out of the office on scheduled leave throughout late December 2015 and early January 2016; thus, counsel for Defendant requires an extension to properly consider and research the issues presented in

1  Plaintiff's summary judgment motion.  Furthermore, additional time is required because counsel
2  for Defendant is responsible for drafting various pleadings before the district courts within the
3  Ninth Circuit, negotiating or litigating attorney fee matters pursuant to the Equal Access to
4  Justice Act, and drafting substantive motions in personnel-related litigation matters pending
5  before the Equal Employment Opportunity Commission.

                                         Respectfully submitted,

Date: *December 16, 2015*                MACKENZIE LEGAL, PLLC

                                 By:     */s/ Asim H. Modi for Kelsey Mackenzie Brown\**
                                         KELSEY MACKENZIE BROWN
                                         *\*Authorized by email on December 16, 2015*
                                         Attorneys for Plaintiff

Date: *December 16, 2015*                BENJAMIN B. WAGNER
                                         United States Attorney
                                         DEBORAH L. STACHEL
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                                 By:     */s/ Asim H. Modi*
                                         ASIM H. MODI
                                         Special Assistant United States Attorney
                                         Attorneys for Defendant

                                         ORDER

    Based on the foregoing joint stipulation, and for cause shown, THE COURT ORDERS that Defendant shall have until **February 22, 2016** to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly

Dated:  December 22, 2015

                                         _____
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE

-2-